UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. NOBLE,<br>　　　　　　Plaintiff,<br>　　　v.<br>UNITED AIR LINES, INC., et al.,<br>　　　　　　Defendants. | Case No.   15-cv-00461-VC<br><br>**ORDER**<br>Re: Dkt. No. 61 |

The request to vacate the portion of the order to show cause requiring the plaintiff's personal appearance on September 10, 2015 is denied.

**IT IS SO ORDERED.**

Dated: September 2, 2015

————————————————————
VINCE CHHABRIA
United States District Judge